IN THE

TENTH COURT OF APPEALS

 




 
 
 
 
 
 
 


 

 



No. 10-09-00263-CV

 

In re
Reginald Ray Spivey

 

 



Original Proceeding

 



MEMORANDUM  Opinion










 

            Reginald Ray Spivey seeks by mandamus
to compel the district attorney to deliver unclaimed property in the amount of
$3,000 to the State Comptroller’s Office.  See Tex. Prop Code Ann. § 74.301 (Vernon 2007).  There are
procedural problems in this proceeding.  We use Rule 2 to look beyond those
problems.  See Tex. R. App. P.
2.

            This Court has mandamus jurisdiction
over a judge of district or county court or when necessary to enforce our own
jurisdiction.  Tex. Gov’t. Code Ann.
§ 22.221(a), (b) (Vernon 2004).  We do not have jurisdiction to mandamus a
district attorney in this circumstance.  Accordingly, Spivey’s petition is
dismissed.

            Further, absent a specific exemption,
the Clerk of this Court must collect filing fees at the time a document is
presented for filing.  Tex. R. App. P.
12.1(b); Appendix to Tex. R. App. P., Order Regarding Fees
(Amended Aug. 28, 2007, eff. Sept. 1, 2007).  See also Tex. R. App. P. 5; 10th
Tex. App. (Waco) Loc. R. 5; Tex.
Gov’t Code Ann. § 51.207(b); § 51.941(a) (Vernon 2005); and § 51.208 (Vernon Supp. 2008).  Under the circumstances of this proceeding, we suspend the rule and
order the Clerk to write off all unpaid filing fees in this case.  Tex. R. App. P. 2.  The write-off of
the fees from the accounts receivable of the Court in no way eliminates or
reduces the fees owed by Spivey.

 

                                                                        TOM
GRAY

                                                                        Chief
Justice

 

Before
Chief Justice Gray,

            Justice
Reyna, and

            Justice
Davis

Pet.
dismissed

Opinion
delivered and filed August 26, 2009

[OT06]






='font-family:Palatino'>                          
                                             

PER CURIAM

 

Before Chief Justice Gray,

Justice
Vance, and

Justice
Reyna

(Chief
Justice Gray does not join this order and notes as follows:  Because no
statement of points was filed, I would affirm the trial court’s judgment.)

Appeal
abated

Order issued and filed
January 23, 2008

Do not publish